UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LITTLETON, | No. 2:24-cv-0449 AC P |
| Petitioner, | |
| v. | ORDER |
| JOE BIDEN, | |
| Respondent. | |

Petitioner, a county inmate[1] proceeding pro se, has filed an application for a writ of habeas corpus. Petitioner has not, however, filed an in forma pauperis application or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate application in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an application in support of a request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

---

[1] Although petitioner does not indicate a correctional facility as his address of record, the petition states that he is in the custody at the Sacramento County Jail. ECF No. 1 at 3. Petitioner is cautioned that he will not be provided any extensions of time due to delays caused by using an address of record other than where he is currently located.

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: February 27, 2024

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE