UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LITTLETON, | No. 2:24-cv-0449 DJC AC P |
| Petitioner, | |
| v. | ORDER |
| JOE BIDEN, | |
| Respondent. | |

Petitioner, a county prisoner[1] proceeding pro se, filed an application for a writ of habeas corpus. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 15, 2024, the Magistrate Judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 4. Petitioner has not filed objections to the findings and recommendations.

////

---

[1] Although petitioner does not indicate a correctional facility as his address of record, the petition states that he is in the custody at the Sacramento County Jail. ECF No. 1 at 3.

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations (ECF No. 4) are adopted in full;

    2.   This action is dismissed without prejudice;

    3.  The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2); and

    4.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **May 10, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Litt0449.800.hc

2